IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

          Plaintiff,

vs.

MARSHALL'S ELECTRIC, INC., et al.,

          Defendants.

No. 3:16-cv-0185-HRH

O R D E R

Motion for Default Judgment

Plaintiff moves for default judgment against defendants Marshall's Electric, Inc., Stanley K. Marshall, and Cynthia L. Marshall.[1] On October 25, 2016, these defendants were defaulted by the clerk of court for failing to answer.[2] By case status order,[3] the court sought additional information concerning the motion for entry of default judgment, and plaintiff has responded.[4] That response verifies the computation of $416,510.47 in claims and judgments paid by plaintiff as a result of surety bonds for construction work performed by Marshall's Electric, Inc., in the State of Alaska and the State of North

---

[1]Docket No. 22.

[2]Docket No. 9.

[3]Docket No. 24.

[4]Docket No. 25.

Order – Motion for Default Judgment          - 1 -

Dakota. Plaintiff's payments on behalf of Marshall's Electric, Inc., and the individual indemnitors are documented by attachments to plaintiff's response.[5]

The court understands that plaintiff is exposed to additional, contingent liabilities which may include costs and attorney fees, which contingent liabilities are not included in the $416,510.47.

The motion for default judgment is granted. The clerk of court shall enter partial default judgment in favor of plaintiff and against defendants Marshall's Electric, Inc., Stanley K. Marshall, and Cynthia L. Marshall, jointly and severally, in the amount of Four Hundred Sixteen Thousand, Five Hundred Ten Dollars and Forty-Seven Cents ($416,510.47), plus interest in the amount of Fourteen Thousand, Six Hundred Ten Dollars and Eighty-Nine Cents ($14,610.89) through May 31, 2017, plus additional daily interest of Forty-Eight Dollars and Fifty Cents ($48.50) beginning June 1, 2017, through the date upon which judgment is entered. This judgment does not include contingent liabilities paid on behalf of the defaulted defendants subsequent to June 2, 2017. This partial default judgment shall continue to bear interest at the rate of Forty-Eight Dollars and Fifty Cents ($48.50) from the date of entry of judgment until paid.

Except as set out above, plaintiff's motion for entry of default judgment is denied.

DATED at Anchorage, Alaska, this  16th  day of June, 2017.

/s/ H. Russel Holland
United States District Judge

---

[5]Philadelphia Indemnity Insurance Company's Response to Case Status Request, Exhibit 1 at 1-7, Docket No. 25-1.

Order – Motion for Default Judgment                                                                                           - 2 -