**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,
      Plaintiff,

Case Number 3:16-cv-00185-HRH

v.

MARSHALL'S ELECTRIC, INC.,
STANLEY K. MARSHALL AND
CYNTHIA L. MARSHALL     **PARTIAL DEFAULT**
      Defendants     **JUDGMENT IN A CIVIL CASE**

<u>XX</u>   **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT Plaintiff Philadelphia Indemnity Insurance Company, recover of defendants Marshall's Electric, Inc., Stanley K. Marshall, and Cynthia L. Marshall, jointly and severally the sum of <u>$416,510.47,</u> together with prejudgment interest in the amount of <u>$14,610.89</u>, through May 31, 2017, plus additional daily interest of <u>$48.50</u> beginning June 1, 2017, through the date upon which judgment is entered. This partial default judgment shall continue to bear interest at the rate of $48.50 from the date of entry of judgment until paid.

APPROVED:

*s/H. Russel Holland*
H. RUSSEL HOLLAND
United States District Judge

Date: June 19, 2017

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

      Lesley K. ALlen
      Lesley K. Allen,
      Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}