**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

PHILADELPHIA INDEMNITY INSURANCE COMPANY,
      Plaintiff,

Case Number 3:16-cv-00185-HRH

v.

MARSHALL'S ELECTRIC, INC., et al.,
      Defendants.

**SUMMARY JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT Plaintiff, Philadelphia Indemnity Insurance Company, recover from defendants, Brandon D. Marshall and Monika K. Marshall, jointly and severally, the sum of $416,510.47, together with prejudgment interest in the amount of $14,610.89, through May 31, 2017, plus additional daily interest of $48.50, beginning June 1, 2017, through the date upon which judgment is entered by the clerk. The summary judgment shall continue to bear interest at a rate of $48.50 per day from the date of entry of judgment until paid.

APPROVED:

*s/ H. Russel Holland*
H. Russel Holland
United States District Judge

Date: August 14, 2017

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Lesley K. Allen
Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}